# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. ALDREIAS CAMPBELL, Defendant. | No. 16-CR-2053-LRR<br><br>**ORDER** |

_____

The matters before the court are the Government's "Response to the Court's Proposed Instructions to the Jury" (docket no. 87) and Defendant Aldreias Campbell's "Response to the Court's Proposed Instructions to the Jury" (docket no. 89) (collectively, "Responses"), which they filed on February 9, 2017. In their Responses, both parties state that they have no objections to the court's Draft Jury Instructions (docket no. 81-1). Accordingly, the court shall adopt the Draft Jury Instructions as the final jury instructions in this case. As stated in the court's February 8, 2017 Order (docket no. 81), the court intends to read the first section of instructions (Instruction Nos. 1-25) to the jury prior to opening statements and the second section of instructions (Instruction Nos. 26-27) after closing arguments. The Verdict Form and Interrogatory Form will be read to the jury after closing arguments. If the evidence supports giving additional instructions, they may be inserted as appropriate.

Any prior objections made in writing do not need to be reasserted at this time to preserve any error.

**IT IS SO ORDERED.**

**DATED** this 13th day of February, 2017.

                                             _____
                                             LINDA R. READE
                                             JUDGE, U. S. DISTRICT COURT
                                             NORTHERN DISTRICT OF IOWA